UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
CHAPTER 13 PLAN (Individual Adjustment of Debts)                    CASE NO.: 09-33747

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: DEPIETTO, WALTER DOMENICK            DEBTOR: DEPIETTO, LORI JEAN

Last Four Digits of SS# XXX-XX-4428           Last Four Digits of SS# XXX-XX-8301

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __60__ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A.   $ 1,372.76   for months   1   to   60   ;
B.   $ _____   for months _____ to _____ ;
C.   $ _____   for months _____ to _____ in order to pay the following creditors:

Administrative:   Attorney's Fee   $ 3,500.00     TOTAL PAID $ 3,000.00
                  Balance Due      $ 500.00       payable $ 500.00  month (Months  1  to  1 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. _____
Address _____                 Arrearage on Petition Date $ _____
                                         Arrears Payment  $ _____ /month (Months ____ to ____)
Loan # _____                  Regular Payment  $ _____ /month (Months ____ to ____)
                                         Arrears Payment  $ _____ /month (Months ____ to ____)

2. _____
Address _____                 Arrearage on Petition Date $ _____
                                         Arrears Payment  $ _____ /month (Months ____ to ____)
Loan # _____                  Regular Payment  $ _____ /month (Months ____ to ____)
                                         Arrears Payment  $ _____ /month (Months ____ to ____)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Pay-Off Amount | Interest Rate | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____               Total Due $ _____
                                  Payable   $ _____ /month (Months _____ to _____) Regular Payment $ _____

Unsecured Creditors: Pay $ 748.14 month (Months 1 to 1 ); $ 1,248.14 month (Months 2 to 60 )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
Other Provisions Not Included Above:
The Debtors are current on payments on their homestead property located at 6740 NW 26th Terrace, Ft. Lauderdale, FL 33309 which is secured by Chase Home Finance (Mortgage * 6169), Chase Home Finance (Second Mortgage *0823), and the Broward County Tax Collector and will continue to pay said creditors direct. The Debtors are also current on their leased 2008 GMC Pickup with GMAC (*5567) and will assume said lease. The Debtors are also current on their leased 2007 GMC Arcardia with GMAC (*9756) and will assume said lease. Joint Debtor's father make any and all payments on the: (1) 1997 Georgie Boy RV 35' which is secured by Bank Of America (*5893) and (2) 2008 Raptor RV which is secured by Bank of the West (*8771) and will continue to pay said creditors direct. and the Broward County Tax Collector and will continue to pay said creditors direct.

_/s/ Walter D. DePietto_                      _/s/ Lori J. DePietto_
Walter Domenick DePietto                      Lori Jean DePietto

Date: 11/23/09                                Date: 11/23/09
LF-31(rev. 8/01/06)