UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
CHAPTER 13 PLAN **(Individual Adjustment of Debts)**

CASE NO.: 09-33747

☑     2nd     Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐            Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: DEPIETTO, WALTER DOMENICK      DEBTOR: DEPIETTO, LORI JEAN

Last Four Digits of SS# XXX-XX-4428      Last Four Digits of SS# XXX-XX-8301

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of 60 months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.     $ 1,234.38     for months 1 to 6 ;
    B.     $ 1,051.85     for months 7 to 60 ;
    C.     $ _____     for months ___ to ___ in order to pay the following creditors:

Administrative:     Attorney's Fee     $ 3,500.00     TOTAL PAID $ 3,000.00 .
                        Balance Due     $ 500.00     payable $ 500.00 month (Months 1 to 1 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. Bass and Associates     Arrearage on Petition Date $ 277.35 @ 3.9% = $306.00
Representing: HSBC     Arrears Payment $ 5.10 /month (Months 1 to 60 )
3936 E. Ft. Lowell, Ste. 200
Tucson, AZ 85712
Loan# *3324

2. _____     Arrearage on Petition Date $ _____
Address _____     Arrears Payment $ _____ /month (Months ___ to ___ )
                               Regular Payment $ _____ /month (Months ___ to ___ )
Loan #     Arrears Payment $ _____ /month (Months ___ to ___ )

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Pay-Off Amount | Interest Rate | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____     Total Due $ _____ .
                  Payable     $ _____ /month (Months ___ to ___) Regular Payment $ _____

Unsecured Creditors: Pay $ 617.06 month (Months 1 to 1 ); Pay $ 1,117.07 month (Months 2 to 6 ); $ 951.12 month (Months 7 to 60 )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
Other Provisions Not Included Above:
The Debtors are current on payments on their homestead property located at 6740 NW 26th Terrace, Ft. Lauderdale, FL 33309 which is secured by Chase Home Finance (Mortgage * 6169), Chase Home Finance (Second Mortgage *0823), and the Broward County Tax Collector and will continue to pay said creditors direct. The Debtors are also current on their leased 2008 GMC Pickup with GMAC (*5567) and will assume said lease. The Debtors reject the lease with GMAC (*9756) for the 2007 GMC Arcardia and surrender any and all interest. Joint Debtor's father make any and all payments on the: (1) 1997 Georgie Boy RV 35' which is secured by Bank Of America (*5893) and (2) 2008 Raptor RV which is secured by Bank of the West (*8771) and will continue to pay said creditors direct. and the Broward County Tax Collector and will continue to pay said creditors direct.

/s/
Walter Domenick DePietto

/s/
Lori Jean DePietto

Date: May 5, 2010            Date: May 5, 2010
LF-31(rev. 8/01/06)